■ The People of the State of New York, Respondent, v Isaiah Johnson, Appellant. [909 NYS2d 641]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 21, 2009 (*People v Johnson*, 61 AD3d 892 [2009]), affirming a judgment of the Supreme Court, Nassau County, rendered April 17, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Dillon, Leventhal and Chambers, JJ., concur.

■ The People of the State of New York, Appellant, v Kevin Johnson, Respondent. [909 NYS2d 402]—Appeal by the People from an order of the Supreme Court, Queens County (Kohm, J.), dated September 4, 2009, which, after a hearing, granted that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the order is affirmed.

The Supreme Court properly held that, under the circumstances, the police lacked reasonable suspicion to stop and detain the defendant (*see generally People v De Bour*, 40 NY2d 210, 223 [1976]). Accordingly, since the seizure of the defendant was unlawful, the Supreme Court properly granted that branch of the defendant's omnibus motion which was to suppress the fruits of the subsequent search (*see People v Morrison*, 161 AD2d 608, 609 [1990]). Skelos, J.P., Dickerson, Eng and Lott, JJ., concur. **[Prior Case History: 25 Misc 3d 1214(A), 2009 NY Slip Op 52096(U).]**